IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| Markimian Adams Harris, Sr. ) | Case No. 25-1987-TOM-11 |
| ) | |
| Debtor. ) | |

## ORDER AMENDING
## MEMORANDUM OPINION AND ORDER

This Court previously entered a Memorandum Opinion and Order (Doc. 89, "Mem Opinion") on September 18, 2025. The Mem Opinion denied the Motion for Relief From Stay filed by Wells Fargo Bank regarding the mortgage on Debtor's home so long as Debtor resumed his mortgage payments beginning with the November 1, 2025 regular mortgage payment and also paid an additional $200.00 per month on the pre-petition mortgage arrearage. In addition, the Court required a monthly report be filed by Wells Fargo Bank to show that any payments that were made and received were posted and proper credit was given. After the entry of the Mem Opinion, the Debtor requested and the Court entered an Order (Doc. 108) on October 30, 2025, which granted the Debtor's request and allowed him to make his mortgage payments to the Court's registry account. The Court required that if any such mortgage payment was made to the registry account, an entry was to be made on the Court's docket report for this case.

Based on a review of the docket report in this case, it appears that there has not been an entry reflecting a mortgage payment made by the Debtor to the registry account on the mortgage since the Mem Opinion was entered. Further, based on the status reports filed by Wells Fargo Bank (Docs. 112 & 114), no mortgage payments have been tendered or made by the Debtor to Wells Fargo Bank.

Now therefore, based on the forgoing,

It is hereby ORDERED, ADJUDGED, and DECREED that this Court's Mem Opinion is amended to provide that Wells Fargo Bank is required to file a monthly report if and only if the Debtor remits a mortgage payment as required by that Mem Opinion.

Date: January 2, 2026

/s/ TAMARA O. MITCHELL
Tamara O. Mitchell
United States Bankruptcy Judge